Argued and submitted September 30, affirmed November 13, 2002, petition for review denied April 8, 2003 (335 Or 355)

In the Matter of
Benjamin Duane Goacher-Wade,
a Minor Child.

STATE ex rel DEPARTMENT
OF HUMAN SERVICES,
*Respondent,*

*v.*

Dean Duane WADE
and Annette B. Goacher,
*Appellants.*

00-463J; A117115

57 P3d 953

Inge D. Wells argued the cause for appellant Annette B. Goacher. With her on the brief was Wells & Wells.

James A. Palmer argued the cause and filed the brief for appellant Dean Duane Wade.

Denise G. Fjordbeck, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Deits, Chief Judge, and Linder, Judge.

PER CURIAM

Affirmed. *State v. Cutri*, 184 Or App 625, 56 P3d 955 (2002).